## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SYED MAHMOOD TANWEER HUSSAIN,    )
            )
       Petitioner,       )
            )
    vs.          )    Civil Action No. 3:26-cv-444
            )    Judge Stephanie L. Haines
LEONARD ODDO, *in his official capacity as*  )
*Warden Moshannon Valley Detention Center,*  )
*et al.,*          )
       Respondents.

### MEMORANDUM ORDER

On March 13, 2026, Petitioner Syed Mahmood Tanweer Hussain ("Petitioner"), filed a Motion for Leave to Proceed in forma pauperis (ECF No. 1) and on the same day submitted a filing fee (ECF No. 2) and filed a Motion to Appoint Counsel (ECF No. 4). His Petition for Writ of Habeas Corpus was also lodged on March 13, 2026 (ECF No. 3).

It is well-settled that "[i]ndigent <u>civil</u> litigants possess neither a constitutional nor a statutory right to appointed counsel." *Montgomery v. Pinchak*, 294 F.3d 492, 498 (3d Cir. 2002) (emphasis added). Accordingly, Petitioner's motion for counsel (ECF No. 4) will be denied at this time.[1]

An appropriate order follows.

### ORDER OF COURT

AND NOW, this 17th day of March, 2026, upon due consideration of Petitioner's motion to appoint counsel (ECF No. 4) in this matter, IT IS ORDERED that the motion to appoint counsel

---

[1] The Court is sympathetic to the difficulty inherent in self-representation by an indigent litigant in a civil lawsuit and encourages Petitioner to try to obtain private counsel. There are organizations that provide legal services for low-income individuals in certain situations, including the Somerset Office of Southwestern Pennsylvania Legal Aid. Information about their services can be located at PALawHelp.org or requested by phone at 1-800-846-0871.

(ECF No. 4) hereby is **denied**.  IT IS FURTHER ORDERED that Petitioner's Motion for Leave

to Proceed in forma pauperis (ECF No. 1) is denied as moot.  The case will proceed accordingly.

Stephanie L. Haines
United States District Judge